UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GERTH *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>AMERICAN MORTGAGE EXPRESS FINANCIAL, *et al.*,<br><br>  Defendants. | Civil No. 09cv2475-L(RBB)<br><br>**ORDER DENYING JOINT MOTION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

On July 9, 2010 Plaintiffs and Defendant First American Title Insurance Company ("First American") filed a Joint Motion to Extend Time for Defendant First American Title Insurance Company to Respond to First Amended Complaint. First American's response was due on May 26, 2010; accordingly the showing required for an extension is excusable neglect pursuant to Federal Rule of Civil Procedure 6(b)(1)(B). *See Pioneer Investment Services Company v. Brunswick Associates,* 507 U.S. 380, 395 (1993); *Kyle v. Campbell Soup Co.*, 38 F.3d 928 (9th

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Cir. 1994); *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004) (*en banc*).  Because the parties do not address the applicable standard, their joint motion is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

DATED: July 12, 2010

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL